N⁰ 4

*Robert Abbott*
*vs*
*Thomas Jones*

Verdict delivered in court 24th Septber 1807

We find for the plaintiff two hundred forty eight Dollars and Seventy Cents damages; reserving to the Court to decide on the question of Slavery.

PH: LÉCUYER
Foreman